UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ABDIKAFI SALEH SIYAD, | : | Case No. 1:26-cv-187 |
| Petitioner, | : | |
| vs. | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Elizabeth P. Deavers |
| SECRETARY, DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : | |
| Respondents. | : | |

# ORDER

Petitioner, Abdikafi Saleh Siyad, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).  The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The **Clerk of Court** is **DIRECTED** to (1) immediately provide a copy of the Petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse.  The **Clerk of Court** is **further DIRECTED** to (2) serve a copy of the Petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov.  The **Clerk of Court** is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

February 24, 2026                                                  *s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
United States Magistrate Judge